# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORI WILLIAMS

NO. 2019 KW 0718

**AUG 0 5 2019**

---

In Re:    Cori Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-06-0475.

---

**BEFORE:    McDONALD, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot adequately review the district court's ruling as relator failed to include a copy of the application for postconviction relief and supporting memorandum, the State's response, the commissioner's report, the indictment, and the voir dire and trial transcript. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before September 25, 2019, and should include the missing items noted above.

**JMM**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT